UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KENDAL MOSES, ANNIE RUTH MOSES, LINDA MOSES, ANTHONY/ANTIONETLE SHIELDS, CUARIYARC MOSES, KAYLINLASHAY RHINEHURST, <br><br>   Plaintiffs,[1] <br><br> v. <br><br> MR. GRANT, ANN MCNELLIS ELMORE, SHIRITA SOMNER, JEFFREY OLIVER, and DANIEL KING, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. CV412-020 ) ) ) ) ) ) ) |

## ORDER

The Court acted too hastily in granting Moses in forma pauperis ("IFP") status. (Doc. 3.) The Clerk mistakenly docketed this as a 42 U.S.C. § 1983 action by a single prisoner-plaintiff, and the detailed listing of parties on page 4 of the complaint listed only Kendal Moses as a plaintiff. (Doc. 1 at 4.) The complaint's caption, however, reflects that this is a joint action by at least 6 plaintiffs. (Doc. 1 at 1.) As a general rule, prisoners are not permitted to file a joint complaint with other

---

[1] The Court has had some difficulty reading Moses' handwriting. It has reproduced the list of plaintiffs as best it can.

plaintiffs since the Prison Litigation Reform Act requires IFP prisoners to pay the entire filing fee in installments; allowing prisoners to band together with other plaintiffs in order to pay a single filing fee would undercut this mandate. *Hubbard v. Haley*, 262 F.3d 1194, 1197-98 (11th Cir. 2001). Even absent this rule, the additional plaintiffs are due to be stricken since they failed to sign the complaint, and under Rule 11(a) of the Federal Rules of Civil Procedure every pleading must be signed. (Doc. 1 at 6.) Too, the additional plaintiffs failed to submit their own IFP motions, so the Court cannot determine whether, in the aggregate, they have the funds to pay the filing fee.

Upon pain of possible dismissal, Moses shall, within 21 days from the date of this Order, submit an amended complaint correcting these deficiencies. In the meantime, the Clerk is **DIRECTED** to amend the docket to reflect the additional plaintiffs.

**SO ORDERED** this 22nd day of March, 2012.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2