# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| KENDAL MOSES, ANNIE RUTH MOSES, LINDA MOSES, ANTHONY/ANTIONETLE SHIELDS, CUARIYARC MOSES, KAYLINLASHAY RHINEHURST,<br><br>  Plaintiffs,[1]<br><br>v.<br><br>MR. GRANT, ANN MCNELLIS ELMORE, SHIRITA SOMNER, JEFFREY OLIVER, and DANIEL KING,<br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  CV412-020 |

## REPORT AND RECOMMENDATION

On March 22, 2012, the Court explained to civil rights plaintiff Kendal Moses that his complaint was deficient, since, *inter alia*, detainees are not permitted to file joint *in forma pauperis* complaints. (Doc. 7 at 2 (citing *Hubbard v. Haley*, 262 F.3d 1194, 1197-98 (11th Cir. 2001)).)   It granted him 21 days to amend his complaint to correct this deficiency. (*Id.*) He sought an extension of time to amend in April 2012, doc. 8, but he never submitted an amended complaint.  He in substance

---

[1] The Court has had some difficulty reading Moses' handwriting.  It has reproduced the list of plaintiffs as best it can.

has litigated the same case in a second proceeding that he filed, and that has since been dismissed. *Moses v. Elmore*, CV412-088, doc. 11 (S.D. Ga. Jul. 18, 2012). Since Moses has failed to move this duplicative case forward, it should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED** this 13Th day of September, 2012.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**