FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 OCT -2 AM 11: 02
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

KENDAL MOSES, ANNIE RUTH  )
MOSES, LINDA MOSES,  )
ANTHONY/ANTIONETLE  )
SHIELDS, CUARIYARC MOSES,  )
KAYLINLASHAY RHINEHURST,  )
  )
    Plaintiffs,  )
  )
v.  )  Case No. CV412-020
  )
MR. GRANT, ANN MCNELLIS  )
ELMORE, SHIRITA SOMNER,  )
JEFFREY OLIVER, and DANIEL  )
KING,  )
  )
    Defendants.  )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of Oct, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA