UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KENDAL MOSES, ANNIE RUTH MOSES, LINDA MOSES, ANTHONY/ANTIONETLE SHIELDS, CUARIYARC MOSES, KAYLINLASHAY RHINEHURST, <br><br> Plaintiffs, <br><br> v. <br><br> MR. GRANT, ANN MCNELLIS ELMORE, SHIRITA SOMNER, JEFFREY OLIVER, and DANIEL KING, <br><br> Defendants. | Case No. CV412-020 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2 day of Oct, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA